UST-32, 3-03

CONSTANTINO FLORES
Bankruptcy Trustee
P.O. BOX 511
PHOENIX, AZ 85001-0511
(602) 274-4200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PHOENIX TRIKE WORKS LLC | ) | CASE NO. 14-06311-PHX-GBN |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

   CONSTANTINO FLORES, Trustee, reports that on November 24, 2015 *[Docket Entry 15]* a Notice of Trustee's Intent to Abandon Property was filed proposing to deposit the funds by Application for Order for Payment of Unclaimed Funds to the US. Bankruptcy Court due to the business is no longer in operation. No objections were filed.

| | |
|---|---|
| *June 8, 2016* | */s/ Constantino Flores* |
| DATE | Constantino Flores, Trustee |

UST-32A, 3-03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| PHOENIX TRIKE WORKS LLC | ) | CASE NO. 14-06311-PHX-GBN |
| | ) | |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $<u>0.00</u> to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

    DATE                                        JUDGE GEORGE B. NIELSEN, JR.
                                                           UNITED STATES BANKRUPTCY JUDGE